UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

MAR - 3 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS, MONTANA

SETH MUTH,   )
        Petitioner,   )
)
v.   )    Case No. CV 09-118-BLG-JDS
)
UNTIED STATES OF AMERICA,   )
        Respondent.   )

## NOTICE OF APPEAL

NOW COMES, Seth Muth, Petitioner, Pro Se, (also Defendant) in the above captioned case, and hereby gives his Notice of Appeal to the United States Court of Appeal for the 9th Circuit from the Order of this Honorable Court as stated below:

Petitioner/Defendant is Appealing both the decision of this Court and the denial of the Certificate of Appealability. Accordingly, Petitioner/Defendant is requesting the 9th Circuit Court of Appeals to grant his request for a Ceritificate of Appealibility.

Respectfully submitted this 2nd day March, 2010.

Petitioner/Defendant certifies, under penalty of perjury, that he has deposited this Notice of Appeal into the Inmate mailbox system at the Federal Prison Camp of Sheridan, Oregon, on this date (3/2/10).

Seth Muth, *Seth Muth*
Inmate Number 07509-046
Federal Prison Camp / Unit 5
P.O. Box 6000
Sheridan, OR 97378-6000